# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00142-CV

**Richard Coakley, Appellant**

**v.**

**Mari Coakley, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-FM-09-005199, ORLINDA NARANJO, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Pro se appellant Richard Coakley filed his notice of appeal on February 27, 2013. He requested and received three extensions of time to file his brief, which was due April 2, 2014, but the brief has not been filed. Appellant has filed a motion for a fourth extension of time, which appellee Mari Coakley opposes, seeking an additional thirty days to file his brief.

We grant the motion for extension of time in part and order appellant Richard Coakley to file his brief no later than April 17, 2014. If the appellant's brief is not filed by that date, this appeal may be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(a), (c).

It is ordered on April 7, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose